1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Cynthia Smith

FILED
CLERK, U.S. DISTRICT COURT
MAR 5 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10
   CYNTHIA SMITH,                    ) Case No.: CV 12-2768 E
11                                   )
          Plaintiff,                 ) {~~PROPOSED~~} ORDER AWARDING
12                                   ) EQUAL ACCESS TO JUSTICE ACT
   vs.                               ) ATTORNEY FEES AND EXPENSES
13                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
   MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
14 Commissioner of Social Security,  ) U.S.C. § 1920
                                     )
15        Defendant                  )
                                     )
16 _____)

17
        Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
        IT IS ORDERED that fees and expenses in the amount of $2,000.00 as
20
   authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
21
   28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22

23 DATE: 3/5/13

24                              _____
                                THE HONORABLE CHARLES F. EICK
25                              UNITED STATES MAGISTRATE JUDGE

26

-1-